FILED
JUL 10 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12CR4848-GPC |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AND JUDGMENT TO DISMISS |
| v. | ) THE INDICTMENT |
| | ) |
| JORGE AARON CEJA-VALDEZ, | ) |
| | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 12CR4848-GPC against defendant JORGE AARON CEJA-VALDEZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 7/10/13

_____
HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge